IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | | |
|---|---|---|
| **KAREN RHODES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 8:19-cv-01463 |
| | ) | |
| **PARKLANE APARTMENTS, LLC,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT FAIRFIELD RESIDENTIAL COMPANY LLC'S
## NOTICE OF REMOVAL

Defendant Fairfield Residential Company LLC ("Fairfield Residential"), through undersigned counsel, hereby removes the action styled as Karen Rhodes v. Parklane Apartments, LLC, *et al.*, Case No. 465600-V, from the Montgomery County Circuit Court, Maryland, to the United States District Court for the District of Maryland, pursuant to 42 U.S.C. § 3604. In support, Defendant Fairfield Residential states:

1.  Plaintiff Karen Rhodes is a former resident of the State of Maryland who lived at Parklane Apartments[1] from on or about October 2002 until on or about October 2018. *See* Plaintiff's Amended Complaint at ¶¶ 9, 10. Plaintiff Karen Rhodes is currently a citizen of the State of Pennsylvania. *See* Plaintiff's Amended Complaint at ¶ 6.

---

[1] Plaintiff Karen Rhodes resided at Parklane Apartments in Gaithersburg, Maryland, which is owned by Fairfield Parklane L.P. d/b/a Parklane. Fairfield Parklane L.P. d/b/a Parklane has not been named as a party. Parklane Apartments, LLC is not a proper party to the case, and it has not been served with the complaint. Parklane Apartments LLC nonetheless consents to removal of this case from Montgomery County Circuit Court to the United States District Court for the District of Maryland, Southern Division.

2. Defendant Fairfield Residential Company LLC[2] is a Delaware limited liability company whose corporate office is located at 5510 Morehouse Drive, Suite 200, San Diego, CA 92121.

3. Pursuant to 28 U.S.C. § 1441(a), any civil action over which the district courts of the United States have original jurisdiction may be removed from the state court to the federal court.

4. Pursuant to 28 U.S.C. § 1331, the district courts of the United States have original jurisdiction over any civil action arising under the laws of the United States. Based on Plaintiff's claims concerning 42 U.S.C. § 3604, the Fair Housing Act of 1968, this court has jurisdiction over the federal question in this action. *See* Plaintiff's Amended Complaint, Plaintiff's Claims, Counts 1 & 2.

5. Pursuant to 28 U.S.C. § 1367, "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Claims are considered "part of the same case or controversy" if they "derived from a common nucleus of operative facts." *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966). Supplemental jurisdiction is appropriate in this case since both Plaintiff's claims concerning the Fair Housing Act and Plaintiff's claims concerning Maryland State Government Article § 3604 and Montgomery County Code, Chapter 27, Article I, Section 27-12 arise from the same operative facts involving alleged discrimination and retaliation against Plaintiff. *See* Plaintiff's Amended

---

[2] Defendant Fairfield Residential Company LLC is not a parent company to Fairfield Parklane L.P. Defendant Fairfield Residential Company LLC does not own or operate the Parklane community at which plaintiff lived or had a lease agreement.

Complaint, Plaintiff's Claims.

6. The Circuit Court for Montgomery County is located within the United States District Court for the District of Maryland, Southern Division. Venue is proper in this Court because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7. This Notice of Removal of Action is timely filed pursuant to 28 U.S.C. § 1446(b), because it was filed within 30 days from the date(s) upon which Defendant received or was served with a copy of the Complaint, and within one year after the commencement of the action.

8. Promptly after the filing of this Notice of Removal, written notice required by 28 U.S.C. § 1446(d) will be filed in the Circuit Court for Montgomery County and provided to Plaintiff.

9. As required by 28 U.S. C. § 1446(a), a true and correct copy of all pleadings and orders received by Defendants, along with the written notice to be filed in the Circuit Court, are being filed contemporaneously with the instant Notice of Removal.

10. No previous application has been made for the relief requested here.

WHEREFORE, Defendant respectfully removes this action from the Circuit Court for Montgomery County to this Court pursuant to 42 U.S.C. § 3604.

Respectfully submitted,

/s/ T. Sky Woodward
_____

T. Sky Woodward (Bar No. 10823)
Marc A. Nardone (Bar No. 18811)
Bradley Arant Boult Cummings LLP
1615 L Street, N.W., Suite 1350
Washington, D.C. 20036
202-719-8214
202-719-8314 [fax]
swoodward@bradley.com
*Counsel for Fairfield Residential Company LLC*

Dated: May 17, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2019, the foregoing was sent first class mail, postage pre-paid, and a courtesy copy delivered via electronic mail, to:

Ikechukwu Emejuru
Emejuru Law LLC
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
(240) 638-2786
1-800-250-7923 [fax]
iemejuru@emejurulaw.com
*Counsel for Plaintiff*

_____
Marc A. Nardone